UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY FELTON, | |
| Plaintiff, | **ORDER** |
| - against - | 22 Civ. 8020 (PGG) |
| LONG ISLAND RAILROAD COMPANY, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

This Court set a telephonic conference in this matter for today.  (Dec. 8, 2022 Order (Dkt. No. 12) at 4)  Defense counsel did not dial-in for the telephone conference.

Accordingly, it is hereby ORDERED that there shall be an in-person conference in this matter on **March 23, 2023, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        March 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge