LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

Via ECF

Hon. Paul G. Gardephe, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Felton v. LIRR
      22 cv 8020 (PGG)(VF)

**MEMO ENDORSED:**
The conference currently scheduled for March 23, 2023, is adjourned to **March 28, 2023, at 11:45 a.m.** The conference will proceed in person.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: March 17, 2023

Dear Judge Gardephe:

This letter is submitted in response to the Court's scheduling an in-person status conference in the above referenced matter for March 23rd at 2:00 pm as a result of defendant's inadvertence in missing a telephone conference this morning. Unfortunately, I have a post-surgical medical visit scheduled for the afternoon of March 23rd that I cannot and do not want to change. Additionally, I live in Montauk, New York and having an in-person conference is a far greater burden than the initially scheduled telephone conference. Wherefore it is respectfully requsted that the re-scheduled conference be adjourned to another date and time, hopefully to be held via telephone.

Your consideration of this request is greatly appreciated.

Respectfully,

*/s/ Fredric M. Gold*

cc:   William J. Blumenschein, Esq. (Via ECF)
      Krez & Flores LLP
      Attorneys for Defendant