UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY FELTON,

Plaintiff,

- against -

LONG ISLAND RAILROAD COMPANY,

Defendant.

**ORDER**

22 Civ. 8020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, the deadline for fact discovery is extended to **April 28, 2023**. By **May 3, 2023**, the parties will file a joint letter, addressing the prospects of settling the case, and if not, what expert discovery or motion practice they anticipate.

Dated:  New York, New York
             March 28, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge