UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GREGORY FELTON,

            Plaintiff,

      - against -

LONG ISLAND RAILROAD COMPANY,

           Defendant.

**ORDER**

22 Civ. 8020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      By **January 26, 2024**, the parties will file a joint letter providing a status report concerning the progress of their settlement discussions.

Dated:  New York, New York
          January 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge